# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2017

154614

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

LEWIS FREDERICK LAKE,
          Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SC: 154614
COA: 333781
Wayne CC: 03-002304-FC

On order of the Court, the application for leave to appeal the September 22, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2017



Clerk

t0717